# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

March 19, 2019

The Honorable Raymond J. Dearie
Senior United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: USA v. Vladislav Khalupsky, 15-CR-381 (RJD)

Your Honor:

This is to request that the Court sign the enclosed order exonerating Mr. Khalupsky's bond and permitting the return of cash money and property securing the bond.

The government has no objection to this request.

Mr. Khalupsky surrendered to the Bureau of Prisons for service of surrender on March 11, 2019, as ordered.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc:  Assistant U.S. Attorney Julia Nestor, Esq., via email and ECF
Assistant U.S. Attorney Richard Tucker, Esq., via email and ECF
Assistant U.S. Attorney David Gopstein, Esq., via email and ECF
ECF