```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA         :

         -against-               :    ORDER FOR EXONERATION
                                      OF CASH BAIL AND PROPERTY
VLADISLAV KHALUPSKY,             :    LIEN

         Defendant.              :    15-CR-381 (RJD)

------------------------------X
```

The defendant, Vladislav Khalupsky, having surrendered for service of sentence, Mr. Khalupsky now moves for exoneration of his bond. The Government having no objection to the motion, good cause appears to grant Mr. Khaluspky's motion, the only remaining conditions of the bond being the posting of $40,000 cash bail and the lien on the property located at                                    , Florida. It is, therefore, hereby;

**ORDERED**, that Mr. Khalupsky's bond be exonerated in all respects; and it is further

**ORDERED**, that the Clerk of the Court is directed to return the $40,000 cash bail, posted by Marina Khalupskaya to secure the defendant's appearance, to Ms. Khalupskaya either by depositing the funds, together with any interest owed to her in the bank account listed below:

       Routing#:
       Account#:

or by making a check payable to her in the amount of $40,000, together with any interest owed to her, and mailing such check to the following address:

    Ms. Marina Khalupskaya

and it is further

    **ORDERED**, that the lien be lifted from the property belonging to Igor Brodsky, located at                              , Florida.

Dated:    Brooklyn, NY        **SO ORDERED**
            March ____, 2019

                                                                                                     _____
                                                                                The Honorable Raymond J. Dearie

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number:
Cashier ID:
Transaction Date: 09/11/2017
Payer Name: Marina Khalupskaya
----------------------------------
TREASURY REGISTRY
 For: Vladislav Khalupsky
 Case/Party: D-NYE-1-15-CR-000381-002
 Amount:        $40,000.00
----------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $40,000.00
----------------------------------
Total Due:      $40,000.00
Total Tendered: $40,000.00
Change Amt:     $0.00
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

           **ORDER**
           **FOR ACCEPTANCE OF CASH BAIL**

-against-

Docket No. 15CR381(RJD)

Vladislav Khalupsky
-------------------------------------------------X

Bail having been fixed by Hon. Roanne Mann, in the above entitled action in the amount of $2,000,000.00 of which sum $40,000.00 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $40,000.00 when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
_____

          S/ RLM
          _____
          UNITED STATES MAGISTRATE JUDGE

Receipt No. _____



Receipt #
Transaction #
**Cashier By:** Judy
**Cashier Date:** October 24, 2017

**Name:** ELLEN BRODSKY
**Address:**

| DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| Correspondence | | | | | | |
| Affidavit | | CFN: | Book: | Page: | Total Fees: | $18.50 |
| Check | 138 | | | | Amount: | $18.50 |
| | | | | | Total Fees: | $18.50 |
| | | | | | Total Payments: | $18.50 |

# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 18, 2017

**Delivered Via Mail**
Flagler County Clerk of the Circuit Court & Comptroller
Kim C. Hammond Justice Center
1769 E Moody Blvd, Bldg 1
Bunnell, FL 32110
Attention: Official Records

Property Lien

To whom it may concern,

This letter encloses an Affidavit of Confession of Judgment to place a Lien on a property owned by Igor Brodsky. The Affidavit has been signed by Mr. Brodsky in front of a Notary Public. The property is located .

Please let me know if there is any issue recording the document. I can be reached at the contact information listed below. Additionally, please feel free to send me an invoice for the process.

I appreciate your attention to this matter.

Sincerely,

Rachel Bass, Paralegal
Federal Defenders of New York, Inc.
Tel: (718) 407-4718
Fax: (718) 855-0760
Rachel_Bass@fd.org

Case 1:15-cr-00381-RJD-RER   Document 390-1   Filed 03/10/19   Page 7 of 8 PageID #: 4205

Inst. No: 2017037290 10/24/2017 2:35 PM
BK:2237 PG:1507 PAGES:2
RECORDED IN THE RECORDS OF
Tom Bexley Clerk of the Circuit Court & Comptroller
Flagler FL

Blumberg Law Products   X 245—Confession of Judgment. Ind. or Corp. Blank Court.

COUNTY OF Flagler

UNITED STATES OF AMERICA

                        against               Plaintiff(s)

Igor Brodsky

                                       Defendant(s)

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF FLORIDA    COUNTY OF FLAGLER    ss.:

being duly sworn, deposes and says; that deponent is a ~~xxxx~~ ~~xxx~~ ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $ 2,000,000 (Two Million Dollars)

Defendant resides at 7 Evansmill Lane, Palm Coast in the County of Flagler    State of FLORIDA. Defendant authorizes entry of judgment in Flagler County.

This confession of judgment is for a debt justly \* TO BECOME due to the plaintiff arising from the following facts:

Igor Brodsky                                                HAVE EXECUTED A BAIL BOND IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK IN THE AMOUNT OF $ 2,000,000 IN THE UNITED STATES OF AMERICA VS. Vladislav Khalupsky , CRIMINAL DOCKET NO. 15-CR-381 AND HAVE EXECUTED THIS AFFIDAVIT AND AUTHORIZED THE ENTRY OF JUDGEMENT AGAINST THEMSELVES FOR $ 2,000,000 TO SECURE THE UNITED STATES IN THE EVENT THAT Vladislav Khalupsky SHOULD BREACH A CONDITION OF HIS/HER BAIL. THE SURETIES WAIVE ANY RIGHTS THEY MAY HAVE UNDER THE HOMESTEAD EXEMPTION CONTAINED IN ARTICLE 52 OF THE CIVIL PROCEDURE LAW AND RULES. THIS BOND IS SECURED BY PROPERTY OWNED BY THE DEFENDANT(S) LOCATED AT _____ COUNTY OF Flagler

This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

Sworn to before me this 28th day of September 1, 2017

_____
Igor Brodsky
The name signed must be printed beneath

† Strike out matter in parentheses if defendant is individual.
\* Insert words "to become" if debt is not yet due.
\*" If in a city court, insert name of county

VRAJESH DESAI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 11, 2020

| COUNTY OF | FLAGLER | | Index No. |
|---|---|---|---|
| | | | Address of Plaintiff: |

UNITED STATES OF AMERICA

                                Plaintiff(s)
              against
                                                    JUDGMENT BY
              Igor Brodsky    Defendant(s)          CONFESSION

| Amount Confessed | — — — — — — — — | $ | |
| Interest | — — — — — — — — — | | |
| | | | $ 2,000,000 |
| Costs by Statute | — — — — — — — — | | |
| Transcript - | — — — — — — — — — | | |
| Fees on Execution | — — — — — — — — | | |
| Satisfaction | — — — — — — — — — | | |
| Filing Fee | — — — — — — — — — | | |
| | Total | $ | 2,000,000 |

STATE OF NEW YORK, COUNTY OF                          ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, affirms that   he is AN ASSISTANT
UNITED STATES ATTORNEY (EASTERN DISTRICT OF NEW YORK)
attorney(s) of record for the plaintiff   herein and states that the disbursements above specified are correct
and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms
this statement to be true under the penalties of perjury.

Dated:
                                        Print Name Beneath Signature

    JUDGMENT entered the          day of             19    .
    On filing the foregoing affidavit of Confession of Judgment made by the defendant    herein, sworn to
the          day of                19
    NOW, ON MOTION OF
attorney(s) for plaintiff    it is
    ADJUDGED that UNITED STATES OF AMERICA
                                                                              plaintiff   ,
residing at 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK
do recover of                                           Ellen Brodsky
                                                                              defendant   ,
residing at                                7 Evansmill Lane, Palm Coast
the sum of $        2,000,000   with interest of $     making a total of $           2,000,000
together with $            costs and disbursements, amounting in all to the sum of $
and that the plaintiff    have execution therefor.

                                                                              Clerk

---

**Affidavit and Judgment by Confession**

Index No.
COUNTY OF FLAGLER

UNITED STATES OF AMERICA
                    Plaintiff(s)
    against
Igor Brodsky
                    Defendant(s)

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

Attorney(s) for Plaintiff
Office and Post Office Address